**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1429**

---

SCOTT B. ALTIZER; J. RICHARD DREWERY; SUSAN A.
CAMPER,

Plaintiffs - Appellants,

versus

CITY OF ROANOKE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District ov Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-484-7)

---

Submitted:  October 3, 2003        Decided:  October 22, 2003

---

Before WIDENER, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Terry N. Grimes, TERRY N. GRIMES, ESQ., P.C., Roanoke, Virginia,
for Appellants.  William M. Hackwork, Elizabeth K. Dillon, CITY OF
ROANOKE, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Scott B. Altizer, J. Richard Drewery, and Susan A. Camper appeal the district court's order granting summary judgment to Defendant in this Title VII action alleging discriminatory failure to promote. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Altizer v. City of Roanoke, No. CA-02-484-7 (W.D. Va. Mary 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2